IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 15 C 8960 |
| ANDERSON MECHANICAL SYSTEMS, INC., an Illinois corporation, | ) ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, ANDERSON MECHANICAL SYSTEMS, INC., an Illinois corporation, in the total amount of $59,269.74, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $1,375.00.

On November 4, 2015, the Summons and Complaint was served on the Registered Agent by tendering a copy of said documents to him personally at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on November 25, 2015. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Catherine M. Chapman

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>14th</u> day of <u>December 2015</u>:

        Mr. Jeffrey M. Godin, Registered Agent
        Anderson Mechanical Systems, Inc.
        18 Briarcliff Professional Center
        Bourbonnais, IL   60914

        Ms. Kathy L. Anderson, President
        Mr. Timothy L. Anderson, Secretary
        Anderson Mechanical Systems, Inc.
        1257 E. Broadway
        Bradley, IL   60915

        /s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Anderson Mechanical\#23980\2015\motion.cmc.df.wpd