IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 15 C 8960 |
| ANDERSON MECHANICAL SYSTEMS, INC., an Illinois corporation, | ) ) ) ) | JUDGE AMY J. ST. EVE |
| Defendant. | ) | |

**PLAINTIFFS' AMENDED MOTION TO REOPEN CASE FOR THE LIMITED PURPOSE OF ENFORCING THE TERMS OF THE SETTLEMENT AND RELEASE AGREEMENT AND ENTERING JUDGMENT AGAINST DEFENDANT AND TIMOTHY L. ANDERSON**

Plaintiffs, SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, by their attorneys, move this Court for entry of an Order reopening this case for the limited purpose of enforcing the terms of the Settlement and Release Agreement entered into between the parties, and entering judgment against Defendant and Timothy L. Anderson, individually, upon which the Court dismissed this case without prejudice on June 13, 2016 with leave to reinstate by October 31, 2016. In support of the Motion, Plaintiffs state as follows:

1. This action was originally brought by the Plaintiffs, the jointly-administered, labor-management employee benefit plans collectively known as the Sheet Metal Workers Local 265 Fringe Benefit Funds, alleging, *inter alia*, that Defendant breached its obligations under the terms of the collective bargaining agreement entered into with the Sheet Metal Workers' Local 265 and the Agreements and Declarations of Trust under which the Plaintiff Funds are maintained. Specifically, Plaintiffs allege that Defendant failed to remit payment of contributions for work

performed on its behalf by beneficiaries of the Plaintiff Funds. The Complaint was brought pursuant to the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145.

2. On June 13, 2016, this Court dismissed this cause of action without prejudice with leave to reinstate on or before October 31, 2016 pursuant to the parties' settlement (a copy of the Court's Notification of Docket Entry entered June 13, 2016 is attached as Exhibit A).

3. Pursuant to the Settlement and Release Agreement, Defendant and Timothy L. Anderson acknowledged they owed the total amount of $87,194.20 for contributions, liquidated damages, 5.5%, interest and attorneys' fees through January 2016, as described in the Settlement and Release Agreement (a copy of the Settlement and Release Agreement is attached as Exhibit B).

4. Defendant and Timothy L. Anderson also acknowledged and agreed to remain current with respect to Defendant's submission of regular monthly contribution reports and the payment of fringe benefit contributions that accrue during the repayment time period of April 2016 through September 2016.

5. Defendant and Timothy L. Anderson agreed to make payment to Plaintiffs of the amount specified in Paragraph 3, being $87,194.20, in 6 monthly installments, with the first payment due June 3, 2016, as described in Paragraph 3 of the Settlement and Release Agreement.

6. The Settlement and Release Agreement provides that if Defendant and Timothy L. Anderson fail to timely make payments to the Plaintiff Funds as set forth in Paragraph 3 of the Settlement and Release Agreement, fail to timely report and pay regular monthly contributions to the Plaintiff Funds during the months of April 2016 through September 2016, or otherwise fail to comply with the Settlement and Release Agreement, the Defendant and Timothy L. Anderson will be considered in default of the Settlement and Release Agreement.

7. The Settlement and Release Agreement further provides that in the event of a default by Defendant and Timothy L. Anderson, Defendant and Timothy L. Anderson agree to allow this Court to enter judgment against both Defendant and Timothy L. Anderson, individually, upon the filing of a motion by the Plaintiff Funds to enforce the Settlement and Release Agreement.

8. On June 17, 2016, Plaintiffs' counsel wrote to Defendant's counsel regarding the failure of the Defendant and Timothy L. Anderson to abide by the terms of the Settlement and Release Agreement (a copy of the June 17, 2016 letter from Plaintiffs' counsel to Defendant's counsel is attached hereto as Exhibit C).

9. Specifically, Defendant and Timothy L. Anderson failed to submit the April 2016 contribution report and contributions due thereon by June 3, 2016 as described in Paragraph 6 above. In addition, Defendant and Timothy L. Anderson failed to submit the second installment of $12,438.84 and the May 2016 contribution report and contributions due thereon due by June 20, 2016.

10. Neither Defendant nor Timothy L. Anderson not responded to the June 17, 2016 letter to cure their default.

11. For all the reasons stated, the Plaintiffs hereby move the Court for the entry of an Order reopening this action for the limited purpose of enforcing the terms of the Settlement and Release Agreement and entering judgment against Defendant and Timothy L. Anderson. Specifically, Plaintiffs request:

    A.    That judgment be entered in favor of Plaintiffs and against Defendant and Timothy L. Anderson to include the amount of $62,194.20, being the total amount remaining due for contributions, liquidated damages, interest and attorneys' fees for the period through January 2016 pursuant to the Settlement and Release Agreement.

B. That judgment be entered in favor of Plaintiffs and against Defendant and Timothy L. Anderson to include $742.00 in attorneys' fees incurred by the Plaintiffs since June 3, 2016, including preparation and presentment of the instant Motion to Reopen.

C. That Plaintiffs have such further relief as may be deemed just and equitable by the Court.

/s/   Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone: (312) 216-2565
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\Anderson Mechanical\#23980\2015\Motion to Reopen\amended motion to reopen.cmc.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>4:00 p.m.</u>, this <u>28th</u> day of <u>June 2016</u>, she electronically filed the foregoing document (Amended Motion to Reopen) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Brian G. Hiatt
        Attorney at Law
        18 Briarcliff Professional Center
        Bourbonnais, IL   60914
        brian@brianhiattlaw.com


        /s/   Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6204026
Telephone:  (312) 216-2565
Facsimile:  (312) 236-0241
E-mail:  cchapman@baumsigman.com

I:\265J\Anderson Mechanical\#23980\2015\Motion to Reopen\amended motion to reopen.cmc.df.wpd